ROB BONTA
Attorney General of California
VINCENT DICARLO
Supervising Deputy Attorney General
E-mail: Vincent.DiCarlo@doj.ca.gov
BERNICE L. LOUIE YEW, State Bar No. 114601
Deputy Attorney General
E-mail: Bernice.Yew@doj.ca.gov
EMMANUEL R. SALAZAR, State Bar No. 240794
Deputy Attorney General
E-mail: Emmanuel.Salazar@doj.ca.gov
KEVIN C. DAVIS, State Bar No. 253425
Deputy Attorney General
E-mail: Kevin.Davis@doj.ca.gov
 2329 Gateway Oaks Drive, Suite 200
 Sacramento, CA 95833-4252
 Telephone: (916) 621-1835
 Fax: (916) 274-2929

*Attorneys for State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* LOYD F. SCHMUCKLEY, JR., <br><br>                         Plaintiffs, <br> v. <br><br> RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC. <br>                         Defendants. | 2:12-CV-1699 KJM JDP <br><br> **JOINT STIPULATION RE: THRIFTY PAYLESS, INC.'S DISCOVERY; PROPOSED ORDER** |
| STATE OF CALIFORNIA *ex rel.* LOYD F. SCHMUCKLEY, JR., <br><br>                         Plaintiff, <br> v. <br><br> RITE AID CORPORATION, RITE AID HDQTRS. CORP., THRIFTY PAYLESS, INC. <br><br>                         Defendants. | |

1

# RECITALS

WHEREAS, on November 9, 2022, Defendant Thrifty Payless, Inc. ("Thrifty") served on non-party Department of Health Care Services ("DHCS") a Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action ("Subpoena"), a true and correct copy thereof is attached herein as Exhibit A.

WHEREAS, on November 9, 2022, Thrifty served on Plaintiff-Intervenor State of California, as represented by the Office of the Attorney General, Division of Medi-Cal Fraud and Elder Abuse ("DMFEA"), Interrogatories, Set Two, and Request for Production of Documents, Set One, both of which contain requests similar to requests included in the Subpoena.  A true and correct copy thereof are attached herein as Exhibits B and C.

WHEREAS, on December 9, 2022, DMFEA served its objections to the Subpoena, a true and correct copy thereof is attached herein as Exhibit D.

WHEREAS, on the mutually agreed upon date of December 30, 2022, DMFEA served its objections to Thrifty's Interrogatories, Set Two, and Requests for Production of Documents, Set One, a true and correct copy thereof is attached herein as Exhibits E and F.

WHEREAS, on January 5, 2023, Defendants Thrifty, Rite Aid Corporation, and Rite Aid Hdqtrs. Corp. (collectively, "Defendants") wrote DMFEA regarding DMFEA's December 30, 2022 objections, a true and correct copy thereof is attached herein as Exhibit G.

WHEREAS, on the mutually agreed upon date of January 9, 2022, DHCS served its objections and responses to the Subpoena, generally indicating that it did not find responsive documents, a true and correct copy thereof is attached herein as Exhibit H.

WHEREAS, on January 10, 2023, DMFEA supplemented its responses to Thrifty's Requests for Production of Documents, Set One, generally indicating that without waiving any objections DHCS did not find any responsive documents, a true and correct copy thereof is attached herein as Exhibit I.

WHEREAS, on January 17, 2023, Defendants filed a pre-motion conference brief before The Honorable Jeremy D. Peterson regarding DMFEA's objections and responses to Thrifty's Interrogatories, Set Two, and Requests for Production of Documents, Set One.

WHEREAS, on January 18, 2023, DMFEA, DHCS, and Defendants held a conference call to discuss the discovery disputes arising from DMFEA's objections and responses to Thrifty's Interrogatories, Set Two, and Requests for Production of Documents, Set One. During the call and in subsequent correspondence, the following were exchanged:

- DMFEA and DHCS maintain that Defendants have violated Local Rule 251 and the magistrate's civil procedure rules for not adequately meeting and conferring about the discovery dispute before including the issue in its pre-motion conference brief.
- DHCS maintains that it has conducted a reasonable search to respond to the Subpoena.
- DMFEA maintains that it has conducted a reasonable search to respond to Thrifty's Interrogatories, Set Two, and Requests for Production of Documents, Set One.
- Defendants request that DMFEA provide a verified statement detailing the steps that DHCS conducted to search for documents responsive to Thrifty's Request for Production of Documents, Set One.
- DMFEA maintains that DHCS is not DMFEA's client and DMFEA is not DHCS's attorneys.
- DMFEA maintains that the information obtained by DMFEA attorneys to inquire about the search conducted by DHCS to respond to the subpoena (and for DMFEA to respond to Thrifty's Interrogatories, Set Two, and Requests for Production of Documents, Set One) constitute attorney work product and DMFEA has no intention of waiving its attorney work product, while Defendants maintain all rights and objections regarding the privilege contentions of DMFEA.

WHEREAS, to avoid undue burden and expense in having DHCS supply further information, to expedite and facilitate discovery, and to avoid motion practice, the parties are entering into this stipulation in good faith.

**STIPULATION**

DEFENDANTS RITE AID CORPORATION, THRIFTY PAYLESS, INC., and RITE AID HDQTRS. CORP. ("Defendants"), PLAINTIFF STATE OF CALIFORNIA as represented in this Action by the Division of Medi-Cal Fraud and Elder Abuse under the Office of the Attorney General ("DMFEA"), and third-party DEPARTMENT OF HEALTH CARE SERVICES ("DHCS"), by and through their respective counsel, THEREFORE HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

1. Defendants agree that any information disclosed by DMFEA relating to the search conducted by DHCS in connection with Thrifty's Subpoena and Thrifty's Interrogatories, Set Two, and Requests for Production of Documents, Set One, would not constitute a waiver of any of DMFEA's and DHCS's privileges, including attorney work product.

2. Subject to Defendant's agreement in paragraph 1, DMFEA will provide a verified statement of its understanding of the steps taken by DHCS in connection with the Subpoena and by DMFEA in connection with Thrifty's Interrogatories, Set Two, and Requests for Production of Documents, Set One.

3. Notwithstanding paragraphs 1 and 2, this stipulation does not waive any legal positions or objections maintained by Defendants, DHCS, and DMFEA.

4. Defendants agree to withdraw without prejudice the issues related to DMFEA's objections and responses to Thrifty's Interrogatories, Set Two, and Requests for Production of Documents, Set One, from the January 19, 2023 pre-motion conference hearing before The Honorable Jeremy D. Peterson.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: January 19, 2023

ROB BONTA
Attorney General of the State of California

By  */s/ Emmanuel R. Salazar*
Emmanuel R. Salazar
Deputy Attorney General
Attorneys for Plaintiff-Intervenor STATE OF

CALIFORNIA

Dated: January 19, 2023         MORGAN, LEWIS & BOCKIUS LLP

By  /s/ *Benjamin P. Smith* (authorized on 1/19/2023)
   Ryan McCarthy
   Benjamin P. Smith
   Kevin M. Papay
   One Market, Spear Street Tower
   San Francisco, CA 94105-1596
   Telephone: +1.415.442.1000
   Fax: +1.415.442.1001
   E-mail: Benjamin.Smith@morganlewis.com
   Attorneys for Defendants
   RITE AID CORPORATION, RITE AID
   HDQTRS. CORP., THRIFTY PAYLESS, INC.

Dated: January 19, 2023         By  /s/ *Brenda Ray* (authorized on 1/19/2023)
   Brenda Ray
   Deputy Attorney General
   Health, Education, and Welfare Section
   Office of the Attorney General
   1300 I Street, Room 1630-18
   Sacramento, CA 904244-2550

   E-mail: Brenda.Ray@doj.ca.gov

## [PROPOSED] ORDER

The Court, having considered the JOINT STIPULATION RE: THRIFTY DISCOVERY, finds good cause and ORDERS THAT the JOINT STIPULATION RE: THRIFTY DISCOVERY is approved and FURTHER ORDERS THAT within one week of the issuance of this order the State of California shall provide the verified statement per the stipulation.

IT IS SO ORDERED.

Dated: January 23, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

5